UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOILYNN KAREGA-MASON, | ) | Case No.: 1:18 CV 2587 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| OBERLIN COLLEGE, *et al.*, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

The court held a telephonic conference with counsel for the parties in the within case on May 28, 2019, at 3:30 p.m., regarding Defendants Oberlin College, Marvin Krislov ("Krislov"), Timothy Elgrin ("Elgrin"), and Clyde S. McGregor's ("McGregor") (collectively "Defendants") Partial Motion to Dismiss (ECF No. 11) Plaintiff Joilynn Karega-Mason's ("Plaintiff") claims against them in the original Complaint. (Compl., ECF No.1).

After discussion with counsel, the court hereby denies as moot Defendants' Partial Motion to Dismiss as to Counts I, II, and III of Plaintiff's Complaint (ECF No. 1). As to Count IV, Defendants argue that, as a matter of law, Plaintiff cannot bring her Title VII claim against Defendants Krislov, Elgrin, and McGregor (collectively "Individual Defendants").[1] In her Amended Complaint (ECF No. 12), Plaintiff reasserts Count IV against the Individual Defendants. It is well-

---

[1] Defendant Krislov was President of Oberlin College, Defendant Elgrin was the Dean of the College Of Arts and Sciences and Chair of the College Faculty Counsil, and Defendant McGregor served as the Chair of the Oberlin Board of Trustees.

-2-

established that individual supervisors, managers, executives, and employees "may not be held personally liable under Title VII." *Wathen v. Gen. Elec. Co.*, 115 F.3d 400, 405 (6th Cir. 1997): *Way v. Shawnee Twp.*, 192 F. Supp. 3d 867, 874 n. 15 (N.D. Ohio 2016). Accordingly, the court grants Defendants' Motion to Dismiss Count IV, with respect to the Individual Defendants. Therefore, Plaintiff need not answer in regard to this claim against them.

Also, during the conference, counsel for Defendants orally moved, without objection, that the Individual Defendants be excused from personal appearance at the court's Case Management Conference, scheduled on June 20, 2019, at 3:00 p.m. The court hereby grants Defendants' Motion to Excuse personal appearance of the Individual Defendants.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

May 29, 2019