UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OHIO
SOUTHERN DIVISION

JOILYNN KAREGA-MASON,

        Plaintiff,

-v-                                                1:18-cv-2587
                                                     Hon. Solomon Oliver, Jr

OBERLIN COLLEGE,
a corporation, MARVIN KRISLOV,
TIMOTHY ELGRIN, and CLYDE S. McGREGOR,

        Defendants.
_____/

| | |
|---|---|
| BENJAMIN LAW OHIO | Timothy H. Howlett (P24030) |
| By: Gary Benjamin | Sara H. Jodka (76289) |
| Attorney for Plaintiff | DICKINSON WRIGHT PLLC |
| 2976 Monmouth Road | Attorneys for Defendants |
| Cleveland Heights, Ohio 44118-4036 | 500 Woodward Avenue, Ste 4000 |
| (313) 590-6136 | Detroit, Michigan 48226 |
| benjaminlawohio@gmail.com | (313) 223-3500 |
| | thowlett@dickinsonwright.com |
| | sjodka@dickinsonwright.com |

PLAINTIFF'S MOTION TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE BY PHONE OR THROUGH HER REPRESENTATIVE

NOW COMES THE PLAINTIFF BY AND THROUGH HER ATTORNEY, Gary A. Benjamin (0088922) and moves that Ms. Karega-Mason be allowed to participate by phone or through her representative in the Case Management Conference scheduled for June 20, 2019 at 3:00 PM. Plaintiff resides in the San Francisco area and has a teen age daughter she is raising there. Defense counsel has no objection to this motion.

                                                                                     /s/ Gary A. Benjamin

                                                  LAW OFFICE OF GARY A. BENJAMIN, INC.
                                                  By: Gary A. Benjamin, Esq. (0088922)
                                                  2976 Monmouth rd.
                                                  Cleveland Heights, Ohio  44118
                                                  313-590-6136
                                                  BenjaminLawOhio@gmail.com

CERTIFICATE OF SERVICE

Now comes Plaintiff's counsel and certifies that he served this motion upon counsel for the defendants by email on the 6th day of June, 2019.

_____
Gary A. Benjamin