UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOILYNN KAREGA-MASON,

    Plaintiff,

v.

CASE NO. 1:18-cv-2587
HON. SOLOMON OLIVER, JR.

MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR.

OBERLIN COLLEGE, a corporation,
MARVIN KRISLOV, TIMOTHY
ELGRIN and CLYDE S. McGREGOR,

    Defendants.

| | |
|---|---|
| Gary Benjamin<br>LAW OFFICE OF GARY A. BENJAMIN, INC.<br>*Attorney for Plaintiff*<br>2976 Monmouth Road<br>Cleveland Heights, OH 48118-4036<br>(313) 590-6136<br>benjaminlawohio@gmail.com<br><br>Chui Karega (P27059)<br>LAW OFFICES OF CHUI KAREGA<br>*Co-Attorney for Plaintiff*<br>P.O. Box 312083<br>Detroit, Michigan 48231-2083<br>ck27059@msn.com | Timothy H. Howlett (P24030)<br>Sara H. Jodka (76289)<br>Angelina R. Irvine (P81712)<br>DICKINSON WRIGHT PLLC<br>*Attorneys for Defendants*<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500<br>thowlett@dickinsonwright.com<br>sjodka@dickinsonwright.com<br>airvine@dickinsonwright.com |

## **JOINT MOTION TO ADJOURN MEDIATION CONFERENCE**

NOW COME the Parties, by and through their respective counsel, stating as follows for their Joint Motion to Adjourn the Mediation Conference:

1. On June 20, 2019, the Court held a case management conference. During the case management conference, the Parties discussed with the Court whether an early mediation

conference in the fall would be fruitful. At that time, the Parties anticipated that by fall they would have exchanged written discovery and deposed at least some of the key witnesses.

2. The Court entered a Case Management Conference Order the following day, assigning the case to the complex track, setting April 30, 2020 as the discovery cut-off, and May 31, 2020 as the dispositive motion cut-off. (Case Management Conference Order, ECF No. 20.)

3. On July 2, 2019, the Court entered an Order scheduling the mediation conference for October 17, 2019, at 11:00 a.m., before Magistrate Judge William H. Baughman, Jr. (Order Scheduling Mediation Conf., ECF No. 22.)

4. The Court's July 2 Order directs the Parties to negotiate and make good faith efforts to settle the case in advance of the mediation conference. Additionally, the Order provides that Plaintiff's counsel shall deliver a written itemization of damages and settlement demand, with an explanation, on or before September 26, 2019. Defendants are to respond with a written offer and explanation on or before October 3, 2019. Finally, per the July 2 Order, each Party must deliver to the Magistrate Judge's chambers a confidential mediation statement on or before October 10, 2019.

5. Since entry of the Court's June 21 and July 2 orders, discovery has not progressed as swiftly as the Parties originally predicted. Defendants served Plaintiff with written discovery on August 20, 2019, and are currently awaiting Plaintiff's responses, which were due on September 19, 2019.

6. When the Parties agreed that a fall mediation conference would be beneficial, the Parties anticipated that they would have conducted significant discovery by that time. Currently, since Defendants have not yet received Plaintiff's written discovery responses, and no

depositions have been taken, the scheduled mediation conference would not be meaningful or productive.

7. To that end, pursuant to Local Rules 16.4 and 16.6, and the Court's inherent authority to manage its docket and the scheduling of the cases therein, the Parties respectfully request that the Court adjourn the scheduled mediation conference for sixty (60) days. This requested extension will give the Parties sufficient time to exchange and review written discovery, and to depose Plaintiff and other key witnesses.

8. The requested adjournment will not impact any other dates in the case that are currently scheduled. The Parties will still be able to complete discovery by April 30, 2020, and will still be able to file dispositive motions by May 31, 2020.

9. The Parties agree to and jointly move for this relief.

10. The Parties rely upon the attached Memorandum in Support and the pleadings and Orders on file in this case.

WHEREFORE, the Parties respectfully request that this Honorable Court adjourn and reschedule the October 17, 2019 mediation conference by entering an order in the form and substance of the proposed order attached hereto as Exhibit A.

Respectfully submitted,

s/ *Gary Benjamin (w/consent)*
Gary Benjamin
LAW OFFICE OF GARY A. BENJAMIN, INC.
2976 Monmouth Road
Cleveland Heights, OH 48118-4036
(313) 590-6136
benjaminlawohio@gmail.com

Chui Karega (P27059)
LAW OFFICES OF CHUI KAREGA
P.O. Box 312083

s/ *Angelina R. Irvine*
Timothy H. Howlett (P24030)
Sara H. Jodka (76289)
Angelina R. Irvine (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendants*
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
thowlett@dickinsonwright.com
sjodka@dickinsonwright.com
airvine@dickinsonwright.com

3

Detroit, Michigan 48231-2083
ck27059@msn.com

*Attorneys for Defendants*

*Attorneys for Plaintiff*

DATED: September 25, 2019

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOILYNN KAREGA-MASON,

    Plaintiff,

v.

CASE NO. 1:18-cv-2587
HON. SOLOMON OLIVER, JR.

MAGISTRATE JUDGE WILLIAM H. BAUGHMAN, JR.

OBERLIN COLLEGE, a corporation,
MARVIN KRISLOV, TIMOTHY
ELGRIN and CLYDE S. McGREGOR,

    Defendants.

---

Gary Benjamin
LAW OFFICE OF GARY A. BENJAMIN, INC.
*Attorney for Plaintiff*
2976 Monmouth Road
Cleveland Heights, OH 48118-4036
(313) 590-6136
benjaminlawohio@gmail.com

Chui Karega (P27059)
LAW OFFICES OF CHUI KAREGA
*Co-Attorney for Plaintiff*
P.O. Box 312083
Detroit, Michigan 48231-2083
ck27059@msn.com

Timothy H. Howlett (P24030)
Sara H. Jodka (76289)
Angelina R. Irvine (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendants*
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
thowlett@dickinsonwright.com
sjodka@dickinsonwright.com
airvine@dickinsonwright.com

---

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ADJOURN MEDIATION CONFERENCE**

The Parties, by and through their respective counsel, state as follows for their Memorandum of Points and Authorities in Support of their Joint Motion to Adjourn the Mediation Conference:

The goal of alternative dispute resolution processes, such as a mediation conference, is to enable the Court to "careful[ly] select[]" the processes that "will result in the efficient preparation and resolution," of a case, "to the benefit of the parties, their counsel, and the Court." N.D. Ohio Civ. R. 16.4(a). To that end, Local Rule 16.6 provides that, at a mediation conference, "[t]he Mediator shall conduct the process in order to assist the parties in arriving at a settlement of all or some of the issues involved in the case." N.D. Ohio Civ. R. 16.6(g)(1). Additionally, the Court has inherent authority to manage its docket and the scheduling thereof as it deems appropriate. Finally, the Court has authority to "secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Therefore, the Court has authority to adjourn the mediation conference to benefit the Parties and promote the efficient resolution of the action.

Here, adjourning the mediation conference by sixty (60) days will conserve judicial resources and aid in "secur[ing] the just, speedy, and inexpensive" resolution of the action. Fed. R. Civ. P. 1. At present, without having taken any depositions and without having exchanged written discovery, the Parties will not be in a position to meaningfully analyze the strengths and weaknesses of their respective positions. As a result, if the mediation conference is not adjourned, the Magistrate Judge will be unable to "assist the parties in arriving at a settlement of all or some of the issues involved in the case." N.D. Ohio Civ. R. 16.6(g)(1). In short, conducting the mediation conference on October 17, 2019 would be unproductive and needlessly drain the Parties' and the Court's resources. Accordingly, the Parties respectfully request that

the Court grant the Parties' Joint Motion and adjourn the mediation conference by sixty (60) days.

Respectfully submitted,

| | |
|---|---|
| *s/ Gary Benjamin (w/consent)* | *s/ Angelina R. Irvine* |
| Gary Benjamin | Timothy H. Howlett (P24030) |
| LAW OFFICE OF GARY A. BENJAMIN, INC. | Sara H. Jodka (76289) |
| | Angelina R. Irvine (P81712) |
| 2976 Monmouth Road | DICKINSON WRIGHT PLLC |
| Cleveland Heights, OH  48118-4036 | *Attorneys for Defendants* |
| (313) 590-6136 | 500 Woodward Avenue, Suite 4000 |
| benjaminlawohio@gmail.com | Detroit, Michigan  48226 |
| | (313) 223-3500 |
| Chui Karega (P27059) | thowlett@dickinsonwright.com |
| LAW OFFICES OF CHUI KAREGA | sjodka@dickinsonwright.com |
| P.O. Box 312083 | airvine@dickinsonwright.com |
| Detroit, Michigan  48231-2083 | |
| ck27059@msn.com | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiff* | |

DATED:  September 25, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court on September 25, 2019 using the electronic filing system, which will send notification of such filing to all counsel of record.

*s/ Angelina R. Irvine*
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI  48226
airvine@dickinsonwright.com
