UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOILYNN KAREGA-MASON, | ) | Case No.: 1:18 CV 2587 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| OBERLIN COLLEGE, *et al.*, | ) | |
| Defendants | ) | <u>ORDER</u> |

Currently pending before the court in the above-captioned case is the Parties' Joint Motion to Adjourn the Mediation Conference (ECF No. 23). The Parties cite unanticipated delays in discovery and request that the Mediation Conference be postponed for sixty (60) days to give the Parties sufficient time to exchange and review written discovery and conduct depositions. Having reviewed the Joint Motion and Memorandum in Support, the court hereby grants the Joint Motion. The Mediation Conference currently scheduled for October 17, 2019, is adjourned and will be rescheduled for a date and time after December 16, 2019, as determined by the court.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

October 7, 2019