UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
SOUTHERN DIVISION

JOILYNN KAREGA-MASON,

      Plaintiff,

v.                            CASE NO.  1:18-cv-2587

OBERLIN COLLEGE, a corporation,   HON. SOLOMON OLIVER, JR.
MARVIN KRISLOV, TIMOTHY       MAG. WILLIAM H. BAUGHMAN, JR.
ELGRIN and CLYDE S.
McGREGOR,

      Defendants.

---

Gary Benjamin
LAW OFFICE OF GARY A.
BENJAMIN, INC.
*Attorney for Plaintiff*
2976 Monmouth Road
Cleveland Heights, OH  48118-4036
(313) 590-6136
benjaminlawohio@gmail.com


Chui Karega (P27059)
LAW OFFICES OF CHUI KAREGA
*Co-Attorney for Plaintiff*
P.O. Box 312083
Detroit, Michigan  48231-2083
ck27059@msn.com

Timothy H. Howlett (P24030)
Sara H. Jodka
Angelina R. Irvine (P81712)
DICKINSON WRIGHT PLLC
*Attorneys for Defendants*
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500
thowlett@dickinsonwright.com
sjodka@dickinsonwright.com
airvine@dickinsonwright.com

---

**STIPULATED MOTION TO RESCHEDULE**
**<u>STATUS CONFERENCE CALL WITH MAGISTRATE JUDGE</u>**

NOW COME the Parties, by their respective counsel, and stipulate to the following motion:

1.      The Parties have a status conference call scheduled with Magistrate Judge Baughman on January 22, 2020 at 1:00 p.m.

2.      Counsel for both Parties have been working together towards a settlement in this matter and need more time in order to work through the language.

5.      Counsel for both Parties stipulate to reschedule the status conference call with Magistrate Judge Baughman from this afternoon until January 31, 2020 at 2:00 p.m.

WHEREFORE, the Parties respectfully request that this Honorable Court reschedule the call with Magistrate Judge Baughman to January 31, 2020 at 2:00 p.m. by entering an Order in the form and substance of the proposed order attached hereto as Exhibit A.

Respectfully submitted,                    Respectfully submitted,

LAW OFFICES OF CHUI KAREGA      DICKINSON WRIGHT PLLC


By:  *s/Chui Karega (w/consent)*        By:  *s/ Timothy H. Howlett*
Chui Karega (P27059)                    Timothy H. Howlett (P24030)
P.O. Box 312083                         Sara H. Jodka
Detroit, Michigan  48231-2083           Angelina R. Irvine (P81712)
ck27059@msn.com                         500 Woodward Avenue, Suite 4000
                                        Detroit, MI  48226
*Co-Attorney for Plaintiff*             (313) 223-3500
                                        thowlett@dickinsonwright.com
                                        sjodka@dickinsonwright.com
                                        airvine@dickinsonwright.com

                                        *Attorneys for Defendants*

Dated:  January 22, 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
SOUTHERN DIVISION

JOILYNN KAREGA-MASON,
        Plaintiff,

v.                                          CASE NO.  1:18-cv-2587

OBERLIN COLLEGE, a corporation,    HON. SOLOMON OLIVER, JR.
MARVIN KRISLOV, TIMOTHY        MAG. WILLIAM H. BAUGHMAN, JR.
ELGRIN and CLYDE S.
McGREGOR,

        Defendants.

---

Gary Benjamin                      Timothy H. Howlett (P24030)
LAW OFFICE OF GARY A.              Sara H. Jodka
BENJAMIN, INC.                     Angelina R. Irvine (P81712)
*Attorney for Plaintiff*           DICKINSON WRIGHT PLLC
2976 Monmouth Road                 *Attorneys for Defendants*
Cleveland Heights, OH  48118-4036  500 Woodward Avenue, Suite 4000
(313) 590-6136                     Detroit, Michigan  48226
benjaminlawohio@gmail.com          (313) 223-3500
                                   thowlett@dickinsonwright.com
Chui Karega (P27059)               sjodka@dickinsonwright.com
LAW OFFICES OF CHUI KAREGA         airvine@dickinsonwright.com
*Co-Attorney for Plaintiff*
P.O. Box 312083
Detroit, Michigan  48231-2083
ck27059@msn.com

---

**MEMORANDUM IN SUPPORT OF**
**STIPULATED MOTION TO RESCHEDULE**
**STATUS CONFERENCE CALL WITH MAGISTRATE JUDGE**

The Parties, by and through their respective counsel, rely on the facts stated in their Motion and on the authority of the Magistrate Judge to conduct the status conference call.

Respectfully submitted,               Respectfully submitted,

LAW OFFICES OF CHUI KAREGA      DICKINSON WRIGHT PLLC


By: *s/Chui Karega (w/consent)*         By: *s/ Timothy H. Howlett*
Chui Karega (P27059)                  Timothy H. Howlett (P24030)
P.O. Box 312083                       Sara H. Jodka
Detroit, Michigan  48231-2083         Angelina R. Irvine (P81712)
ck27059@msn.com                       500 Woodward Avenue, Suite 4000
                                      Detroit, MI  48226
*Co-Attorney for Plaintiff*             (313) 223-3500
                                      thowlett@dickinsonwright.com
                                      sjodka@dickinsonwright.com
                                      airvine@dickinsonwright.com

                                      *Attorneys for Defendants*

Dated:  January 22, 2020

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 22, 2020, I electronically filed the foregoing *Stipulated Motion to Reschedule Status Conference Call with Magistrate Judge* and *Memorandum in Support of Stipulated Motion* with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

*s/ Colleen L. Maguire*

Legal Secretary
DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
cmaguire@dickinsonwright.com